FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 5 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMILIO D. "MIKE" SANCHEZ,

    Plaintiff,

v.

EUGENE MATTA and EDSON WAY,

    Defendants.

CIV NO. 03-0297 JB/LFG

## ORDER

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Withdraw Motion for New Trial on the Issue of Damages (Doc. 190), the Court having considered the unopposed motion submitted and filed herein, and being otherwise fully advised:

IT IS HEREBY ORDERED THAT Plaintiff's Unopposed Motion to Withdraw Motion for New Trial on the Issue of Damages is hereby GRANTED.

THE HONORABLE JAMES O. BROWNING
U.S. District Judge

George Bach
108 Wellesley Drive S.E.
Albuquerque, New Mexico 87106
(505)266-4335

TELEPHONIC APPROVAL 8/23/05
Kevin M. Brown
BROWN & GERMAN, LLC
3909 Juan Tabo N.E., Suite 2
Albuquerque, NM 87111
(505) 292-9676

TELEPHONIC APPROVAL 8/23/05
Marcia E. Lubar
BEALL & BIEHLER, An Association
6715 Academy Rd. N.E.
Albuquerque, NM 87109
(505) 828-3600